FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

April 10, 2014

No. 04-14-00223-CV

**IN RE VHS SAN ANTONIO PARTNERS, LLC** d/b/a North Central Baptist Hospital; Ricardo Munoz Jr., M.D.; Heather Williams, M.D.; Riverwalk OB/GYN, PLLC; Brian K. MacGillivray, M.D.; Christine Gilliam, M.D.; Christine Gilliam, M.D., P.A.; Everyone's ENT & Sinus Center

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice
            Patricia O. Alvarez, Justice

On April 3, 2014, relators filed a petition for writ of mandamus. The court has considered the petition and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on April 10th, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of April, 2014.

---

[1] This proceeding arises out of Cause No. 2013-CI-02523, styled *Mark Wendell and Jenifer Wendell, Individually, and as Next Friends of Colton Wendell, A Minor Child v. North Central Baptist Hospital, Ricardo Munoz Jr., M.D., Heather Williams, M.D., Riverwalk OB/GYN, PLLC, Brian K. MacGillivray, M.D., Christine Gilliam, M.D., Christine Gilliam, M.D., P.A., and Everyone's ENT & Sinus Center*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.